JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE, GENNET THOMPSON, & GERTRUDE MORGAN,<br><br>Plaintiffs,<br><br>v.<br><br>EPHREN TAYLOR, SR., EPHREN TAYLOR, JR., MESHELLE TAYLOR, CITY CAPITAL CORPORATION, ERX ENERGY, LLC, EQUITY TRUST COMPANY, ROBERT BATT, ALAN LIPINSKI, DONALD MACINTYRE, and DOES 1-15,<br><br>Defendants. | CV 12-3322 PA (MRWx)<br><br>JUDGMENT |

Pursuant to the Court's December 3, 2012 Minute Order dismissing the claims of plaintiffs William Lee, Gennet Thompson, and Gertrude Morgan (collectively "Plaintiffs") against all defendants other than Equity Trust Company and Robert Batt without prejudice for lack of prosecution, the December 3, 2012 Minute Order dismissing the claims against Equity Trust Company without prejudice for improper venue, and the January 29, 2013 Minute Order dismissing the claims against Robert Batt without prejudice for lack of personal jurisdiction,

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is
2   dismissed without prejudice.
3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
4   nothing and that defendants Equity Trust Company and Robert Batt shall have their costs of
5   suit.
6   IT IS SO ORDERED.

7
8   DATED: January 29, 2013                    _____
                                                      Percy Anderson
9                                              UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28